UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
Sharon Y. Williams, pro se,

    Plaintiff,

  -against-

Commissioner of Social Security,

    Defendant.
----------------------------------------x

**ORDER**

11-CV-5583 (DLI)

**DORA L. IRIZARRY, U.S. District Judge:**

  Plaintiff initiated this action by filing a complaint on October 5, 2011 in United States District Court for the Southern District of New York; the case was transferred to this district by order of U.S. District Judge Robert W. Sweet on November 8, 2011. Upon review of Plaintiff's complaint and application to proceed in forma pauperis, it is hereby

  ORDERED that Plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefor; and it is further hereby

  ORDERED that the Clerk of this Court shall forward to the United States Marshal's Office for the Eastern District of New York copies of Plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the Defendant without prepayment of fees.

  The parties are directed to adhere to the following procedures for expediting the disposition of Social Security cases:

  (1) Defendant shall obtain and serve upon the plaintiff the administrative record of the proceedings, along with its answer, within ninety (90) days of commencement of this action. If Defendant is unable to file the record by that date, then Defendant shall

notify the Court in writing by that date. Such notification must include a request for an extension that specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

(2) Defendant shall move for judgment on the pleadings, unless otherwise directed by the Court, within the next sixty (60) days by service of motion papers upon plaintiff. If this is not possible, the Court shall be notified in writing by that date. Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

(3) Plaintiff's response papers shall be served upon defendant within thirty (30) days thereafter. If this is not possible, the Court shall be notified in writing by that date. Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

(4) Within fifteen (15) days of receipt of plaintiff's response, defendant shall serve its reply on plaintiff, and will also file the entire set of motion papers and the administrative record with the Court.

Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to the pro se plaintiff by certified mail with return receipt. Electronic service shall suffice for defendant.

SO ORDERED.

DATED: Brooklyn, New York
November 18, 2011

_____
DORA L. IRIZARRY
United States District Judge